

**FIAT CHRYSLER AUTOMOBILES**

**Mark Chernoby**

*Chief Operating Officer Product Development*

*Head of Product Portfolio Management*

*Head of Quality*

Mark M. Chernoby was appointed Head of Quality in October 2014. In addition, Chernoby will remain a member of the Group Executive Council (GEC) in his roles  as Chief Operating Officer Product Development (since August 2014) and Head of Product Portfolio Management. He was appointed to the GEC on September 1, 2011.

Prior to his current role, Mr Chernoby was Senior Vice President of Engineering, Chrysler Group LLC, Product Committee Coordinator for the NAFTA Region and Head of Vehicle Engineering, Chrysler Group LLC.

Since joining Chrysler Corporation in 1985 as a powertrain engineer, Mr. Chernoby has made use of his experience in focused component engineering, advanced vehicle programs and vehicle homologation for Chrysler, Jeep® and Dodge products.

In 2005, Mr. Chernoby was elected chair for the SAE Technical Standards Board, and in 2007, he served as a member of the Hydrogen Technology Advisory Committee reporting to the U.S. Secretary of Energy.

He holds a master's degree in business administration from the University of Michigan and a master's degree in mechanical engineering from the University of Michigan. His studies began with a bachelor's degree in mechanical engineering from Michigan State University.

Mr. Chernoby was born in Bay City, Michigan.