

$10.00 DEED - COMBINED
$4.00 REMONUMENTATION
$.00 TRANSFER TX COMBINED
06/02/2015 09:00:54 AM RECEIPT# 62832
PAID RECORDED - Oakland County, MI
Lisa Brown, Clerk/Register of Deeds



STATE OF MICHIGAN
OAKLAND
06/02/2015
62832

REAL ESTATE TRANSFER TAX
$.00 CO
$.00 ST
001004710

## QUIT CLAIM DEED

**The Grantor(s):** MARK MICHAEL CHERNOBY, a single man
**Whose Address is:** 45831 Waterside Drive, Apartment 9206, Macomb, MI 48044
**Quit Claims to:** SHERRI LYNN CHERNOBY, a single woman
**Whose Address is:** 1011 River Valley Drive, Lake Orion, Michigan 48362

the following described premises located in the City of Lake Orion, County of Oakland, State of Michigan to wit:

**T4N, R10E, Section 12, of Paint Creek Ridge Sub No. 1, Lot 100**

Commonly known as: 1011 River Valley Drive    Parcel ID # 63-0-09-12-403-016

Pursuant to a Consent Judgment of Divorce entered on June 2nd, 2015 with the Oakland County Circuit Court, Case No.: 2015-829766-DO
**For the Sum of:** Exempt from Transfer Tax Pursuant to MCLA 207 505(j) MCLA 207.526(I) Subject to easements and restrictions of record.

Dated this  2  of  June  , 2015
Signed by:

_____
MARK MICHAEL CHERNOBY

_____
Witness: Lori D. Becker

**STATE OF MICHIGAN** )
                      )ss
**COUNTY OF OAKLAND** )

The foregoing instrument was acknowledged before me this 2nd day of June, 2015, by Mark Michael Chernoby, a single man.

_____
Danielle A. Smith, Notary Public
for Oakland County, Michigan,
Acting in Oakland County, Michigan
My commission expires: 03-03-2017

---

Drafted By:
Lori D. Becker (P61826)
33 Bloomfield Hills Parkway, Ste 270
Bloomfield Hills, MI 48304
(248) 644 5050

Return and Tax Bills To:
**GRANTEE**

OK-LB